```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
BANK OF BARODA, NEW YORK BRANCH,                                       :
                                                                       :
                          Plaintiff,                                   :
                                                                       :        23 Civ. 7721 (JPC)
            -v-                                                        :
                                                                       :               ORDER
MVP INTERNATIONAL, INC. et al.,                                        :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

  Plaintiff filed its Complaint on August 31, 2023, invoking the Court's subject matter jurisdiction on the ground of diversity of citizenship under 28 U.S.C. § 1332. Dkt. 11. According to the Complaint, (a) Plaintiff Bank of Baroda, New York Branch, "is a financial institution authorized to transact business in the State of New York by the New York State Department of Financial Services" and "is a domestic branch of Bank of Baroda, an Indian financial institution established under the laws of India," ¶ 1, (b) Defendant MVP Group International, Inc. "is a corporation organized under the laws of the Commonwealth of Kentucky," ¶ 2, (c) Defendant GP Global Limited "is a Dubai free zone company registered with the Jebel Free Zone Authority under Registration Number 133080," ¶ 3, and (d) Defendant TGP Trading FZCO "is a Dubai free zone company registered with the Dubai Airport Free Zone Authority under Registration Number DAFZA-FZCO-CF-729," ¶ 4.

  Under 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." Here, the Complaint alleges only the places of organization of

each of the parties, and not their principal place of business nor their citizenship more generally for the purposes of diversity jurisdiction.

    Accordingly, it is hereby ORDERED that by September 8, 2023, Plaintiff shall amend its Complaint to allege the jurisdiction of incorporation, principal place of business, and citizenship of each party.  If Plaintiff fails to amend the Complaint by that date, or otherwise properly establish this Court's jurisdiction pursuant to 28 U.S.C. § 1332, the Court may dismiss this action for lack of subject matter jurisdiction without further notice.

    SO ORDERED.

Dated: September 1, 2023
       New York, New York

                                                 JOHN P. CRONAN
                                        United States District Judge